## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

JAMES S. NOLAND,

     Plaintiff,

v.                                              No. CIV-08-0056 JB/LFG

CITY OF ALBUQUERQUE; BERNALILLO COUNTY BOARD
OF COMMISSIONERS; BERNALILLO COUNTY METROPOLITAN
DETENTION CENTER; Bernalillo County Metropolitan
Detention Center Administrator HARRY TIPTON, in his
individual and official capacities; Bernalillo County Metropolitan
Detention Center Administrator MIKE SISNEROS, in his individual and
official capacities; Bernalillo County Metropolitan Detention Center Administrator
RONALD TORRES, in his individual and official capacities; Bernalillo
County Metropolitan Detention Center Administrator HENRY PEREA,
in his individual and official capacities; Bernalillo County Metropolitan
Detention Center Administrator DONALD CRUTCHFIELD, in his
individual and official capacities; Bernalillo County Metropolitan Detention
Center Administrator MATT CANDELARIA, in his individual and official
capacities; Bernalillo County Metropolitan Detention Center Administrator
JUAN CHACON, in his individual and official capacities; Bernalillo County
Metropolitan Detention Center Administrator MATT ELWELL, in his
individual and official capacities; Bernalillo County Metropolitan Detention
Center Administrator PAUL SALCIDO, in his individual and official capacities;
Bernalillo County Metropolitan Detention Center Administrator ERIN WORSHAM,
in her individual and official capacities; Bernalillo County Metropolitan
Detention Center Correctional Officer DANNY SISNEROS, in his individual and
official capacities; Bernalillo County Metropolitan Detention Center Correctional
Officer ERNEST WICKAM, in his individual and official capacities;
Bernalillo County Metropolitan Detention Center Correctional Officer JOSE
HERNANDEZ, in his individual and official capacities,

     Defendants.

## <u>ORDER</u>

    **THIS MATTER** comes before the Court on pro se Plaintiff James S. Noland's Motion to

Adopt Proposed Scheduling Order, filed April 14, 2009 (Doc. 55).  Noland prepared his motion

without the Defendants' participation and submitted a proposed scheduling order before the Court

set a scheduling conference.  Noland's unilateral request for a scheduling order was contrary to the

Federal Rules of Civil Procedure.  See Fed. R. Civ. P. 16(b); id. 26(f).  The Court has set a

scheduling conference for October 28, 2009, see Initial Scheduling Order, filed September 30, 2009

(Doc. 63), and the parties have now submitted a joint status report and provisional discovery plan,

see Doc. 68.  The Court will, therefore, deny Noland's motion.

       **IT IS ORDERED** that the Motion to Adopt Proposed Scheduling Order (Doc. 55) is denied.

_____
UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

James S. Noland
Corrales, New Mexico

    *Pro Se Plaintiff*

Marcus J. Rael, Jr.
Erika E. Anderson
Robles, Rael & Anaya, P.C.
Albuquerque, New Mexico

    *Attorneys for Defendants Bernalillo County Board of Commissioners, Bernalillo County
     Metropolitan Detention Center, Mike Sisneros, Ronald Torres, Henry Perea, Matt
     Candelaria, Juan Chacon, Matt Elwell, Paul Salcido, Erin Worsham, Danny Sisneros,
     and Jose Hernandez*

Robert M. White
Kathryn Levy
Albuquerque City Attorneys Office
Albuquerque, New Mexico

    *Attorneys for Defendants City of Albuquerque, Harry Tipton, Donald Crutchfield, and
     Ernest Wickam*

2